## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**TOMATO THYME CORPORATION,**
**a Florida corporation,**

       **Plaintiff,**

**v.**

**ORLANDO TOMATO FARMS, INC.,**
**a South Carolina corporation,**

       **Defendant.**

### CIVIL ACTION COMPLAINT

Plaintiff, Tomato Thyme Corporation sues Defendant, Orlando Tomato Farms, Inc. for damages totaling $9,731.50, plus interest and costs.

### PARTIES

1.    Plaintiff is Tomato Thyme Corporation, a Florida corporation with its principal place of business located in Wimauma, Florida ("Tomato Thyme").

2.    Defendant is Orlando Tomato Farms, Inc., a South Carolina corporation with its principal place of business located in Boiling Springs, SC ("Orlando Tomato").

### JURISDICTION

3.    Under 28 U.S.C. §1331, this Court has jurisdiction over Tomato Thyme's claim under Count I, because it arises under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e(b)(2).

4.      28 U.S.C. §1367(a) provides this Court with supplemental jurisdiction over Rio Vista's other claims.

## VENUE

5.      The parties entered into the contracts at issue and the claims against Orlando Tomato Farms accrued in this District.

## COUNT I – BREACH OF WARRANTY OF SUITABLE SHIPPING CONDITION

6.      Tomato Thyme incorporates ¶¶1-5.

7.      During the transaction, Orlando Tomato was engaged in the business of buying and selling produce as a broker or dealer, and held a valid PACA license, number 20061142, issued by the United States Department of Agriculture.

8.      Orlando Tomato and Tomato Thyme entered into a contract for Orlando Tomato to supply and deliver to Tomato Thyme 1,490 boxes of certain types of tomatoes, in interstate commerce, and Tomato Thyme agreed to pay $20,506.50 for the tomatoes:

| Type | Boxes | Price Per Box | Total Price |
|---|---|---|---|
| Vine Ripe, Jumbo | 560 | $13.95 | $7,812.00 |
| Vine Ripe, Extra Large | 630 | $13.95 | $8,788.50 |
| Vine Ripe, Large | 280 | $13.95 | $3,906.00 |

Exhibit "A" includes a copy of Orlando Tomato's Invoice No. 19020.

9.      Orlando Tomato's invoice includes a provision for the recovery of attorneys' fees. *See, Exhibit "A."*

10.     The shipping term for this transaction was Free on Board, or F.O.B. *See, Exhibit "A."*

11.     When goods are sold F.O.B., the transaction includes a warranty by the supplier, or Orlando Tomato, that the product, or tomatoes, would arrive in suitable shipping condition.

12.     On August 20, 2019, Orlando Tomato actually delivered 630, rather than 560, boxes of jumbo vine ripe tomatoes. Exhibit "B" is a copy of Tomato Thyme's Receiving sheet.

13.     That same date, the United States Department of Agriculture, Agriculture Marketing Services inspected each tomato type and found each to have defects exceeding the allowable tolerances for tomatoes. Exhibit "C" are copies of the federal inspections.

14.     The maximum defect allowance for tomatoes is 15%.

15.     By supplying tomatoes exceeding the allowable tolerances, Orlando Tomato breached the suitable shipping condition warranty.

16.     Tomato Thyme resold the tomatoes for $13,475.00, calculated as follows:

| Type | Boxes | Price Per Box | Total Price |
|---|---|---|---|
| Vine Ripe, Jumbo | 630 | $8.75 | $5,512.50 |
| Vine Ripe, Extra Large | 630 | $8.75 | $5,512.50 |
| Vine Ripe, Large | 280 | $8.75 | $2,450.00 |

17.     Before the transaction, Tomato Thyme provided Orlando Tomato a blank check, No. 51164, signed by a Tomato Thyme representative.

18.     Without Tomato Thyme's approval or authority, Orlando Tomato inputted the entire invoice amount of its invoice on the check, $20,506.50. Exhibit "D" is a redacted copy of the check.

19.     Tomato Thyme's check cleared its bank account in the amount of $20,506.50.

20.     Because Orlando Tomato breached the warranty of suitable shipping condition, Tomato Thyme is entitled to damages totaling $7,031.50, which is the difference between the amount Tomato Thyme resold the tomatoes ($13,475.00) and the $20,506.50 invoice amount, plus interest, attorneys' fees and costs.

21.     Tomato Thyme has retained Meuers Law Firm, P.L. to represent it in this action, and is obligated to pay the firm a reasonable fee for its services.

FOR THESE REASONS, Tomato Thyme seeks judgment in its favor and against Orlando Tomato in an amount no less than $7,031.50, plus interest, attorneys' fees, and costs, on Count I.

## COUNT II – BREACH OF CONTRACT

22.     Tomato Thyme incorporates ¶¶1-5.

23.     Orlando Tomato and Tomato Thyme entered into a contract for Orlando Tomato to supply and deliver to Tomato Thyme 1,540 boxes of certain types of vine ripe tomatoes, calculated as follows:

| Type | Boxes |
|------|-------|
| Vine Ripe, Jumbo | 840 |
| Vine Ripe, Extra Large | 700 |

24.     Tomato Thyme rejected the tomatoes in their entirety.

25.     Orlando Tomato accepted Tomato Thyme's rejection.

26.     Subsequently, Orlando Tomato Farms issued a Confirmation of Sale and Purchase to another customer.

27.     Orlando Tomato and Tomato Thyme then entered into a contract for Tomato Thyme to arrange to have the tomatoes delivered to Orlando Tomato's customer and Orlando Tomato agreed to pay Tomato Thyme for its services.

28.     Tomato Thyme arranged to have the tomatoes' delivered to Orlando Tomato's customer.

29.     Tomato Thyme paid for the transportation services.

30.     Tomato Thyme invoiced Orlando Tomato for the $2,700 freight charges. Exhibit "D" is a copy of Tomato Thyme's invoice.

31.     Tomato Thyme's invoice includes a provision for interest to accrue at 18% per year. *See, Exhibit "D."*

32.     Tomato Thyme's invoice includes a provision to recover attorneys' fees from Orlando Tomato if collection action becomes necessary. *See, Exhibit "D."*

33.     Orlando Tomato has failed to pay Tomato Thyme's invoice and, as a result, owes Tomato Thyme $2,700.00 plus interest, costs, and attorneys' fees.

34.     Because Orlando Tomato breached the parties' contract, Tomato Thyme has suffered damages totaling $2,700.00, plus interest at 18% per year from the date the invoice became past due, costs, and attorneys' fees.

35.    Tomato Thyme has retained Meuers Law Firm, P.L. to represent it in this action and is obligated to pay the firm a reasonable fee for its services.

FOR THESE REASONS, Tomato Thyme seeks judgment in its favor and against Orlando Tomato in an amount no less than $2,700.00, plus interest, attorneys' fees, and costs, on Count II.

Respectfully submitted this October 28, 2021.

**MEUERS LAW FIRM, P.L.**

By:  /s/ Steven M. De Falco
Steven M. De Falco
Florida Bar No. 0733571
5395 Park Central Court
Naples, FL  34109-5932
Telephone: 239.513.9191
Facsimile:  239.513.9677
sdefalco@meuerslawfirm.com

*Counsel for Plaintiff, Tomato Thyme Corporation*